IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **PAUL ENZINGER, On behalf of himself and all others similarly situated,** | ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) )   1:19-cv-04662-JPH-MJD ) |
| **LTD FINANCIAL SERVICES, LP,** | ) ) |
| **Defendant.** | ) |

> The Court acknowledges the Stipulation to Dismiss, dkt. 31. JPH, 7/30/2020 Distribution via ECF.

## STIPULATION TO DISMISS

By agreement, the parties to the above-captioned action, by and through their respective attorneys, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate and agree to the dismissal with prejudice as to Plaintiff's individual claims, and without prejudice as to the putative class claims, in the above-captioned action and with each party to bear their own fees and costs.

**Date:** July 28, 2020

| | |
|---|---|
| **For Plaintiff,** <br> **Paul Enzinger** | **For Defendant,** <br> **LTD Financial Services, LP** |
| s/ David M. Marco <br> SMITHMARCO, P.C. <br> 55 W. Monroe Street, Suite 1200 <br> Chicago, IL 60603 <br> **Telephone:** (312) 546-6539 <br> **Facsimile:** (888) 418-1277 <br> **E-mail:** dmarco@smithmarco.com | s/ Katherine Olson <br> MESSER STRICKLER, LTD. <br> 225 W. Washington St., Suite 575 <br> Chicago, IL 60606 <br> **Telephone:** (312) 334-3444 <br> **Facsimile:** (312) 334-3473 <br> **E-mail:** kolson@messerstrickler.com |